**Electronically Filed
Supreme Court
SCMF-12-0000538
23-APR-2025
02:00 PM
Dkt. 234 NP**

SCMF-12-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

In the Matter of the
FEBRUARY 2025 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAI'I

---

NOTICE OF PASSING THE HAWAI'I BAR EXAMINATION

The applicants listed below are hereby notified that each has passed the

February 2025 Hawai'i examination for admission to the Bar of the State of Hawai'i, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawai'i

(RSCH):

Mckenzie Nalani Au
Bryan Yanos Baniaga
Moriah Nicole Nanea Beaver
Paul Patrick Billinson
Aurora Borealis
Alana Kahili Cammack
Francis Elias Chandler IV
Christin Chong Yoon Chang
Sanaz Cherazaie
Tracy Chuc
Nicole Louise Craig
Meyer Adam Cummins
Francesca Ann D'Angelo
Thomas Charles Davis, Jr.
Dennelle Makana Elaban
Christian Supleo Ferrer
Katherine Ann Gardzalla
Melissa Valerie Hamilton
Ebonee Niquole Haprn

Sameera Yasmeen Hasan
Ian Alexander Head
Arisa Rachel Herman
Jacob Marc Honigman
Christopher Robert Hooks
Jennifer Marie Sachiko Hoshino
Samantha Rose
    Moanikealaokamailelauliilii Hussey
Kristen Makiko Izuo
Nathan Paolo Jacobs
Zachary Kawika Jones
Annette Kim
Nayeon Moon Kim
Nicholas James Kittleson
David Saewon Kwon
April Catalina La Torre
Kevin Thai Hung Lam
Catherine Anne LaRose
deborah lawson

Christopher Edward Lee
Siana Elizabeth Lowrey
Lyric Medeiros
William Alden Melton
Elaina Nicole Moore
Stephanie Kathleen Murdock
Wayne Andrew Myers
Dave Young Nagaji
Sara Makanalani Nakayama
Bradley Harris Pace
Geoffrey B. J. Polk
Ethan Ross Rabinowitz
Taryn Rashelle Radebaugh

Michael Covenant Ratcliffe
Megan Amanda Nalani Risso
Ann Marie Schmid
Kanako Kanazawa Singh
Blaise Carpenter Skibicki
Thomas William Stewart
Taylor Lee Takeuchi
Gustaf Allen Vanderdonck
James Patrick Ward
Joseph Anthony West
Matthew Timothy Wood
Brian Christopher Zuanich

Each applicant is reminded that, until all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may <u>not</u> engage in the practice of law in this jurisdiction.

DATED:  Honolulu, Hawaiʻi, April 23, 2025.

BOARD OF EXAMINERS

By:     /s/ Elizabeth Zack

Its Secretary



2